1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00113-SKO |
|---|---|
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| GERMAN VILLASENOR SAHAGUN, | |
| Defendant. | |

16
17        Good cause due to the Defendant; pending appearance and the Defendant's initial appearance

18  following his arrest in the Western District of Washington, it is hereby ordered that the Complaint

19  against the Defendant in the above-captioned case be unsealed.

20
21  IT IS SO ORDERED.

22
        Dated:    **December 10, 2025**          /s/ _Erica P. Gross_

23                                              UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28