HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERMAN VILLASENOR SAHAGUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GERMAN VILLASENOR SAHAGUN,<br><br>　　　　　Defendant. | Case No. 1:25-cr-00236-KES-EPG-1<br><br>**ORDER FOR RELEASE** |

　　　　On December 16, 2025, a magistrate judge in the Western District of Washington issued an Order of Release, releasing defendant German Villasenor Sahagun on the conditions set forth in the Appearance Bond. The magistrate judge stayed the Order of Release pending review by this Court. Having considered the parties' filings, the Court finds that the government has failed to establish that a further stay of the release order is warranted pending resolution of the government's motion to revoke. Accordingly, the stay of the magistrate judge's release order is lifted, and Mr. Sahagun shall be released forthwith in accordance with the terms of the Order of Release filed at docket number 10 in Western District of Washington case number 2:25-mj-00781-PLM-1, including location monitoring.

IT IS SO ORDERED.

　　　Dated:　　December 23, 2025　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE