HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERMAN VILLASENOR SAHAGUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00236-KES-EPG |
| Plaintiff, | **[AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| GERMAN VILLASENOR SAHAGUN, | Date:   May 27, 2026 |
| Defendant. | Time:  1:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for German Villasenor Sahagun, that the Court may continue the status conference currently scheduled for March 11, 2026, at 1:00 p.m. to May 27, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean.

The parties agree and request the Court find the following:

1.      Mr. Villasenor Sahagun made his initial appearance in this District on January 5, 2026.

2.      That same date, counsel for the government produced initial discovery.

3.      On February 2, 2026, defense counsel requested supplemental discovery.

4.      On February 25, 2026, counsel for the government provided some of the requested supplemental discovery materials.

5.    On March 3, 2026, counsel for the government provided the rest of the requested supplemental discovery materials, including the data from a cell phone extraction.

6.    Counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, and conduct necessary investigation.

7.    Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8.    The government does not object to the requested continuance.

9.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

10.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 11, 2026, to May 27, 2026, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 3, 2026                    */s/ Calvin Lee*
                                       CALVIN LEE
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 3, 2026                    */s/ Erin Snider*
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GERMAN VILLASENOR SAHAGUN

Villasenor Sahagun – Stipulation to Continue Status Conference                    2

**O R D E R**

IT IS SO ORDERED that the status conference is continued from March 11, 2026, to **May 27, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:    **March 5, 2026**              /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

Villasenor Sahagun – Stipulation to Continue Status Conference                3