HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GERMAN VILLASENOR SAHAGUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00236-KES-EPG |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| GERMAN VILLASENOR SAHAGUN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), German Villasenor Sahagun, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference set for May 27, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver. Mr. Villasenor Sahagun agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender Erin M. Snider, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Villasenor Sahagun makes this request because he lives and works in the Seattle, Washington, area. Travel to Fresno for non-substantive proceedings would impose serious financial hardship, as it would require him to miss multiple days of work and incur travel

expenses. Mr. Villasenor Sahagun is subject to pretrial supervision in the Western District of Washington, and he has sustained no pretrial violations since his release on December 23, 2025.

Respectfully submitted,

Date: May 12, 2026                    /s/ German Villasenor Sahagun
                                      GERMAN VILLASENOR SAHAGUN
                                      (Original to be kept on file)


                                      HEATHER E. WILLIAMS
                                      Federal Defender


Date: May 12, 2026                    /s/ Erin Snider
                                      ERIN M. SNIDER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      GERMAN VILLASENOR SAHAGUN


**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference set for May 27, 2026, and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.


IT IS SO ORDERED.


Dated:    **May 13, 2026**              /s/ Erin P. Gross
                                      UNITED STATES MAGISTRATE JUDGE


Villasenor Sahagun - Rule 43 Waiver

2